# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-3129

United States of America

Appellee

v.

Brandon A. House

Appellant

___

Appeal from U.S. District Court for the Western District of Missouri - Springfield
(6:14-cr-03106-MDH-22)

___

**MANDATE**

In accordance with the opinion and judgment of June 29, 2023, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

July 20, 2023

Clerk, U.S. Court of Appeals, Eighth Circuit